**Patrick Bertram WALKER,
Petitioner-Appellant,**

v.

**WARDEN OF BROAD RIVER CORRECTIONAL INSTITUTION,
Respondent-Appellee,**

and

**State of South Carolina, Respondent.**

**No. 17-6102**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 16, 2017

Decided: May 30, 2017

Patrick Bertram Walker, Appellant Pro Se. William Edgar Salter, III, Assistant Attorney General, Donald John Zelenka, Deputy Attorney General, Columbia, South Carolina, for Appellee.

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Bertram Walker appeals the district court's text order denying his Motion to Correct the Record and Emergency Relief. We have reviewed the record and Walker's claims and find no reversible error. Accordingly, we affirm the district court's text order. *Walker v. Warden*, No. 1:09-cv-02672-HMH (D.S.C. Dec. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*